No. 77–6055. SMITH v. LOUISIANA. Appeal from Sup. Ct. La. dismissed for want of substantial federal question.

No. 77–1056. SUNBEAM TELEVISION CORP. ET AL. v. SHEVIN, ATTORNEY GENERAL OF FLORIDA, ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. A–722. MARTIN v. KANSAS. Application for stay of mandate of the Supreme Court of Kansas, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–747 (Nos. 77–1236 and 77–1237). GENERAL ATOMIC CO. v. FELTER, JUDGE, ET AL. Application for stay of all further proceedings in *United Nuclear Corp.* v. *General Atomic Co.,* in the District Court of New Mexico, Santa Fe County, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.

No. 76–1607. SECURITIES AND EXCHANGE COMMISSION v. SLOAN. C. A. 2d Cir. [Certiorari granted, 434 U. S. 901.] Motion of Canadian Javelin Ltd. for leave to participate in oral argument as *amicus curiae* denied.

No. 76–1701. TENNESSEE VALLEY AUTHORITY v. HILL ET AL. C. A. 6th Cir. [Certiorari granted, 434 U. S. 954.] Motions of Eastern Band of Cherokee Indians and East Tennessee Valley Landowners' Assn. for leave to file briefs as *amici curiae* granted.

No. 77–444. PENN CENTRAL TRANSPORTATION CO. ET AL. v. NEW YORK CITY ET AL. Appeal from Ct. App. N. Y. [Probable jurisdiction noted, 434 U. S. 983.] Motion of Committee to Save Grand Central Station et al. for leave to file a brief as *amici curiae* granted.